IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Patrick Hugh Ronald Morrison,
PATRICK HUGH MORRISON©,

      Petitioner,

   v.

MAX WILLIAMS, "d.b.a." Director,
The Oregon Department of Corrections,
et al.,

      Respondent.

Civil No. 05-1380-AS

ORDER TO RE-OPEN CASE AND
TO PROCEED *IN FORMA PAUPERIS*

KING, Judge.

    Plaintiff, an inmate at the Snake River Correctional Institution, brings this habeas corpus action pursuant to 28 U.S.C. § 2254 *pro se*. On September 13, 2005, this court entered an order denying Petitioner's application to proceed *in forma pauperis* and giving Petitioner 30 days to file an amended application. On October 21, 2005, this court issued an Order and Judgment dismissing this action on the basis that Petitioner

1 - ORDER TO RE-OPEN CASE AND TO PROCEED *IN FORMA PAUPERIS* -

failed to file an amended application to proceed *in forma pauperis* within the time provided. That same date, however, Petitioner filed a document entitled "Objection to court deceptive tactics/complying with of court's order." Attached thereto is an amended application to proceed *in forma pauperis*, which cures the defects noted in the September 13, 2005, order. Also, on November 3, 2005, Petitioner filed a Motion to Vacate the order and judgment of dismissal.

Accordingly, IT IS ORDERED Petitioner's motion to vacate (#10) is GRANTED, the October 21, 2005, Order (#7) and Judgment (#8) of dismissal are hereby WITHDRAWN, and the Clerk of the Court is DIRECTED to re-open this action.

A review of the amended application to proceed *in forma pauperis* reveals that petitioner is unable to afford the costs of this action. Accordingly, IT IS FURTHER ORDERED that the amended application (#11) is GRANTED. The petition may go forward without the payment of fees or costs.

IT IS FURTHER ORDERED that Petitioner's "Motion for Status of Case" (#9) is DENIED AS MOOT.

IT IS SO ORDERED.

DATED this __4th__ day of November, 2005.

                                       /s/ Garr M. King
                                           Garr M. King
                                           United States District Judge