IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Rev. Patrick Hugh Ronald Morrison,
"PATRICK HUGH MORRISON©",

        Civil No. 05-1380-AS

        Petitioner,

        ORDER

    v.

MAX WILLIAMS, "d.b.a." Director,
The Oregon Department of Corrections,

        Respondent.

KING, Judge.

Petitioner, an inmate at the Snake River Correctional Institution, brings this habeas corpus action *pro se*. On November 7, 2005, this court issued an order requiring Petitioner to show cause why his petition should not be summarily dismissed on the basis that it he has not obtained permission from the Ninth Circuit Court of Appeals to file a successive petition under 28 U.S.C. § 2244(b). Currently before the court are Petitioner's

1 - ORDER -

"Objection to Court Deceptive Tactics/Complying With Court's Order/Motion to Recuse," "Affidavit of Specific Negative Averment in Support," and "Pre-Trial Habeas Corpus Motion for Release/Objection to Petitioner's Petition Being Changed," which the court construes as his response to the order to show cause.

In his response, Petitioner does not indicate that the Ninth Circuit granted him permission to file a successive petition. Instead, he challenges the legality of this court's prior orders. Because this court lacks jurisdiction to consider his petition in the absence of specific permission from the Ninth Circuit Court of Appeals, Petitioner's objections are without merit.

Accordingly, IT IS ORDERED that this action is DISMISSED, and all pending motions are DENIED AS MOOT.

IT IS SO ORDERED.

DATED this __6th__ day of January, 2006.


　　　　　　　　　　__/s/ Garr M. King_____
　　　　　　　　　　　　Garr M. King
　　　　　　　　　　　　United States District Judge

　　　　　　　　　P:\Ashmanskas\05-1380morrison0103order.wpd